# EXHIBIT A





Infosys McCamish Systems, LLC
3225 Cumberland Boulevard SE - Suite 700
Atlanta, GA 30339
www.infosysbpm.com/mccamish.html

September 5, 2024

PROSSER K CHIANTI K
NORTH CHARLESTON, SC

Re: **NOTICE OF DATA BREACH**

Dear Prosser Chianti:

Infosys McCamish Systems, LLC ("IMS") writes to inform you of an incident that involved some of your personal information. IMS supports New York Life Group Benefit Solutions' corporate and business market operations, such as administering group benefits and/or sending benefit continuation letters. While we are unaware of any instances since the incident occurred in which the personal information involved has been fraudulently used, we are providing you with information about the incident and steps you can take to help protect your personal information, should you feel it necessary to do so.

**WHAT HAPPENED?** On November 2, 2023, IMS became aware that certain IMS systems were encrypted by ransomware (the "Incident"). That same day, we began an investigation with the assistance of third-party cybersecurity experts, retained through outside counsel, to determine the nature and scope of the activity, assist with containment, and ensure no ongoing unauthorized activity. IMS also promptly notified law enforcement. Please note that the Incident has since been contained and remediated.

The in-depth cyber forensic investigation determined that unauthorized activity occurred between October 29, 2023, and November 2, 2023. Through the investigation, it was also determined that data was subject to unauthorized access and acquisition. With the assistance of third-party eDiscovery experts, retained through outside counsel, IMS proceeded to conduct a thorough and time-intensive review of the data at issue to identify the personal information subject to unauthorized access and acquisition and determine to whom the personal information relates. After a comprehensive review, it was determined that some of your personal information was subject to unauthorized access/acquisition.

**WHAT INFORMATION WAS INVOLVED?** The investigation determined that the following types of your personal information were involved: your name, employee ID, personal address, client or customer account number / policy number, Social Security number, date of birth, and financial account number.

**WHAT WE ARE DOING.** Please know that safeguarding your personal information is something that we take very seriously. IMS, with the assistance of third-party cybersecurity experts, retained through outside counsel, conducted a diligent investigation to confirm the nature and scope of the Incident. We also took steps to reduce the likelihood of a similar event occurring in the future, and we continue to make additional improvements that strengthen our cybersecurity posture. *Although we are unaware of your personal information having been fraudulently used, we are nevertheless providing you with access to twenty-four (24) months of complimentary identity monitoring through Kroll.* Individuals who wish to receive these services must activate by following the below activation instructions.

ELN-22771