# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIANTI PROSSER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 24-cv-06930<br><br>The Clerk of Court is directed to cancel all deadlines, terminate all pending motions, and close this case.<br><br>SO ORDERED.<br><br>*/s/ Jennifer H. Rearden*<br>Jennifer H. Rearden, U.S.D.J.<br>Dated: July 27, 2025 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff CHIANTI PROSSER, individually and on behalf of all others similarly situated, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against all above-named Defendant, without prejudice.

Dated: July 24, 2025.

        Respectfully submitted,

        */s/ Steven Sukert*
        Steven Sukert, NY Bar No. 5690532
        **KOPELOWITZ OSTROW P.A.**
        One West Las Olas Blvd, Suite 500
        Fort Lauderdale, FL 33301
        Tel: (954) 525-4100
        sukert@kolawyers.com

        *Attorneys for Plaintiff and the Proposed Class*