UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIANTI PROSSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 24-cv-06930<br><br>SO ORDERED.<br><br>*/s/ Jennifer H. Rearden*<br>Jennifer H. Rearden, U.S.D.J.<br>Dated: January 7, 2026 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff CHIANTI PROSSER, individually and on behalf of all others similarly situated, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the above-named Defendant, with prejudice.

Dated: January 6, 2026.

Respectfully submitted,

*/s/ Steven Sukert*
Steven Sukert, NY Bar No. 5690532
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
sukert@kolawyers.com

*Attorneys for Plaintiff and the Proposed Class*